**Abatement Order filed August 7, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00655-CV
_____

**KEVIN MATTHEW HALL, Appellant**

**V.**

**REBECCA MACCORKLE HALL, Appellee**

---

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2010-63670**

---

## A B A T E M E N T   O R D E R

Notice was filed August 1, 2012 that appellant is in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on April 30, 2012, **Kevin Matthew Hall**, petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas under case number 12-33310. A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.


PER CURIAM